**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00126-CV

**BRIAN VODICKA AND STEVEN AUBREY, Appellants**

**V.**

**NORTH AMERICAN TITLE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01142**

## ORDER

We **GRANT** appellants' February 6, 2013 opposed motion for an extension of time to file a notice of appeal. The notice of appeal filed on November 20, 2012 is deemed timely filed for jurisdictional purposes.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE